# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD SANTOS, | 1:08-cv-00137 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| D. SMITH, | [Doc. 8] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 26, 2008, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 11, 2008, Petitioner filed objections to the Findings and Recommendation. In his objections, Petitioner continues to claim that he is actually innocence of his underlying conviction.  Petitioner has failed to demonstrate a claim of factual innocense.  See Bousley v. United States, 523 U.S. 614, 623 (1998) ("To establish actual innocence, petitioner must demonstrate that, in light of all the evidence, it is more likely than not that no reasonable juror

1 would have convicted him"); <u>Ivy v. Pontesso</u>, 328 F.3d 1057, 1060 (9th Cir. 2003).

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
3 *de novo* review of the case. Having carefully reviewed the entire file and having considered the
4 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
5 supported by the record and proper analysis, and there is no need to modify the Findings and
6 Recommendations based on the points raised in the objections.

7      Accordingly, IT IS HEREBY ORDERED that:

8     1.    The Findings and Recommendation issued February 26, 2008, is ADOPTED IN
9         FULL;

10     2.    The Petition for Writ of Habeas Corpus is DISMISSED; and,

11     3.    The Clerk of Court is DIRECTED to enter judgment.

14 IT IS SO ORDERED.

15 **Dated:**   **April 10, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE