UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2008 
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

WILLARD SANTOS,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:08-CV-00137 OWW/DLB HC

D. SMITH,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____

_____

_____

_____

__X__  Denied for the following reason:

No issue presented as to credibility of trial testimony debatable among jurists of reason

Dated: 6-10-08

OLIVER W. WANGER
United States District Judge